393 P.2d 340

Joe V. LOVATO, Petitioner,

v.

Harold A. COX, Warden, New Mexico Penitentiary, Respondent.

No. 96 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied.

393 P.2d 340

Ex parte Horace J. MOFFETT, Petitioner.

No. 90 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

393 P.2d 340

Ex parte David Lawrence PETERSON, Petitioner.

No. 91 HC.

Supreme Court of New Mexico.

June 17, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.